UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| MAUREEN KEATING, on her own behalf and on behalf of all others similarly situated,<br><br>         Plaintiff(s),<br>    vs.<br>NORDSTROM, INC., a Washington Corporation<br><br>         Defendant(s). | Case No. 3:17-cv-00030-SLG<br><br>MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, P. Craig Cardon, hereby apply for permission to appear and participate as counsel for NORDSTROM, INC., defendant,
(Name of party)      (plaintiff/defendant)

in the above-entitled cause pursuant to Rule 83.1 (d) of the Local Rules for the United States District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because [check whichever of the following boxes apply, if any]:

☐ I am a registered participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

☐ I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

☐ For the reasons set forth in the attached memorandum.

**OR**

I hereby designate Michael B. Baylous, a member of the Bar of this court,
(Name)
who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case.

DATE: July 20, 2017

_____
(Signature)

P. Craig Cardon
(Printed Name)

1901 Avenue of the Stars, Suite 1600
(Address)

Los Angeles, CA 90067
(City/State/Zip)

(310) 228-3700
(Telephone Number)

ccardon@sheppardmullin.com
(e-mail address)

Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE: July 20, 2017

/s/ Michael Baylous
(Signature)

Michael B. Baylous
(Printed Name)

Lane Powell, 301 W. Northern Lights Blvd.
(Address)

Anchorage, AK 99503
(City, State, Zip)

(907) 264-3303
(Telephone)

(*Member of the Bar of the United States District Court for the District of Alaska)

DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: Phillip Craig Cardon (Sheppard Mullin Richter & Hampton LLP)

Business Address: 1901 Avenue of the Stars, Suite 1600 , Los Angeles, CA 90067
(Mailing/Street) (City, State, ZIP)

Residence: ,
(Mailing/Street) (City, State, ZIP)

Business Telephone: (310) 228-3700    e-mail address: ccardon@sheppardmullin.com

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| California | 845 S. Figueroa Street, Los Angeles, CA 90017 | 1993 |
| Colorado | 1580 Logan St., Ste. 340, Denver, CO 80203 | 1996 |
| Ninth Circuit Court of Appeals | 125 South Grand Ave., Pasadena, CA 91105 | 1997 |
| USDC Central District of CA | 312 North Spring St., Los Angeles, CA 90012 | 1997 |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐   No ☒  (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐   No ☒  (If Yes, provide details on a separate attached sheet)

In accordance with D.AK. LR 83.1(d)(4)[A](vi), I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: July 20, 2017

_____
(Signature of Applicant)

# THE STATE BAR OF CALIFORNIA

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617     TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

July 12, 2017

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, PHILLIP CRAIG CARDON, #168646 was admitted to the practice of law in this state by the Supreme Court of California on December 30, 1993; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records