Robert Campbell
CALIBER LAW GROUP, LLC
P.O. Box 1303
Barrow, AK 99723
Tel: (907) 852-4444
Fax: (907) 654-9334
caliberlawgroup@gmail.com
nordstromlitigation@gmail.com
ATTORNEYS FOR PLAINTIFFS

Brewster H. Jamieson, ABA No. 8411122
Michael B. Baylous, ABA No. 0905022
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:    907-264-3325
              907-264-3303
Facsimile:    907-276-2631
Email:        jamiesonb@lanepowell.com
              baylousm@lanepowell.com

P. Craig Cardon, Cal. Bar No. 168646, *pro hac vice*
Jay T. Ramsey, Cal. Bar No. 273160, *pro hac vice*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067
Telephone:    (310) 228-3700
Facsimile     (310) 229-3701
Email         ccardon@sheppardmullin.com
Email         jramsey@sheppardmullin.com
Attorneys for Defendant NORDSTROM, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MAUREEN KEATING, CHRISTINA FREITAG, and NANCY M. RHEESTON on their own behalves and on behalf of all others similarly situated,<br><br>                                      Plaintiff,<br>v.<br><br>NORDSTROM, INC., a Washington Corporation.<br>                                      Defendant. | Case No. 3:17-cv-00030-SLG<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Maureen Keating, Christina Freitag and Nancy M. Rheeston and Defendant Nordstrom, Inc., through their respective counsel of record, having reached a final settlement in this matter, hereby stipulate to the dismissal of the claims at issue in this case as follows:

(1) Plaintiffs Maureen Keating, Christina Freitag and Nancy M. Rheeston's Second Amended Complaint (Dkt. 73) shall be dismissed in its entirety WITH PREJUDICE; and

(2) each party will bear its own costs and attorneys' fees for this action.

The parties respectfully request that the Court enter the Proposed Order submitted herewith.

Dated: __March 11___, 2021    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By       s/J. Ramasey
         P. CRAIG CARDON
         JAY T. RAMSEY

         Attorneys for Nordstrom, Inc.

Dated: __March 11_, 2021    LANE POWELL LLC

By       s/M. Baylous (pp/J. Ramsey)
         BREWSTER H. JAMIESON
         MICHAEL B. BAYLOUS

         Attorneys for Nordstrom, Inc.

Dated: ____March 9____, 2021    CALIBER LAW GROUP LLC

By       [signature]
         ROBERT CAMPBELL

         Attorneys for Plaintiffs

# [PROPOSED] ORDER

The Court, having considered the parties' stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and for good cause shown, IT IS HEREBY ORDERED that this action he dismissed as follows:

(1) Plaintiffs Maureen Keating, Christina Freitag and Nancy M. Rheeston's Second Amended Complaint (Dkt. 73) shall be dismissed in its entirety WITH PREJUDICE; and

(2) each party will bear its own costs and attorneys' fees for this action.

IT IS SO ORDERED.

DATED: _____, 2021

_____
Hon. Sharon L. Gleason
United States District Judge