# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

MAUREEN KEATING, *et al.*,

          Plaintiffs,

      v.

NORDSTROM, INC.,

          Defendant.

Case No. 3:17-cv-00030-SLG

## ORDER RE STIPULATION OF DISMISSAL

The Court, having considered the parties' stipulation of dismissal pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) at Docket 270, and for good cause shown, IT IS HEREBY ORDERED that this action be dismissed as follows:

(1)  Plaintiffs Maureen Keating, Christina Freitag, and Nancy M. Rheeston's Second Amended Complaint (Dkt. 73) is dismissed in its entirety WITH PREJUDICE; and

(2)  each party will bear its own costs and attorneys' fees for this action.

IT IS SO ORDERED.

DATED this 15th day of March, 2021 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE